```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                  FEB - 1 2022

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-CR-737-AB |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| Javon Trotter Hernandez, | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _his criminal history; new alleged criminal activity while on supervision_

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _instant offense allegations including failure to advise supervising agency of location; unstable residence/employment; inadequate bail resources_

IT IS ORDERED that defendant be detained.

DATED: 2/1/2022

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2